UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN, | Case No. 1:19-cv-01603-JDP |
| Petitioner, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| WARDEN OF AVENAL STATE PRISON, | |
| Respondent. | |

Petitioner Jeffrey Charles Wren, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The petitioner is challenging a conviction from Placer County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Petitioner is currently incarcerated in Kings County, which is part of the Fresno Division of this court. Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. Therefore, both the Sacramento and Fresno divisions have concurrent jurisdiction. *See* § 2241(d). However, because petitioner is attacking the validity of his Placer County conviction, we will transfer this case to the Sacramento division for the ease and convenience of the parties and the court. *See id*.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred. Therefore, we will transfer this action to the Sacramento Division.

**Order**

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

    2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

    3. The court has not yet ruled on petitioner's outstanding motions. ECF No. 6, 7.

IT IS SO ORDERED.

Dated:   March 19, 2020               _____
                                                       UNITED STATES MAGISTRATE JUDGE

No. 206.